UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA ROWE,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　Defendant. | CASE NO. 3:19-cv-06133-BAT<br><br>**ORDER REVERSING AND REMANDING** |

Based on the stipulation of the parties (Dkt. 16), it is **ORDERED** that the case be **REVERSED and REMANDED** for further administrative proceedings including a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will remand the case to an administrative law judge (ALJ), who shall update the medical records, offer Plaintiff the opportunity for a hearing, and issue a new decision. The ALJ shall also:

- Reevaluate, with citation to the medical evidence of record, the nature, severity, and effects of Plaintiff's stroke sequelae and other impairments;

- Reevaluate whether Plaintiff's impairments met or equaled the severity of a listed impairment with the assistance of a medical expert;

- Reevaluate the opinion evidence of record;

- Reevaluate Plaintiff's symptom allegations;

ORDER REVERSING AND REMANDING - 1

- Reassess Plaintiff's maximum residual functional capacity (RFC), as necessary;
- Proceed with the remaining steps of the sequential evaluation process, as necessary, obtaining vocational expert evidence if warranted by the expanded record to clarify the effects of the assessed limitations on Plaintiff's ability to perform other work in the national economy.

The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 15th day of June, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER REVERSING AND REMANDING - 2